IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:02CR3172 |
| ) | |
| BENITA CASARES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 75, now set for July 1, 2008, at 12:30 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until September 9, 2008 at 12:30 p.m.  The defendant is ordered to appear at such time.

Dated this 26th day of June, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge