IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No.  4:02CR3172 |
| BENITA CASARES, | ) ) ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 78, now set for September 12, 2008, at 1:00 p.m. until a date certain in mid-January, 2009.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 13th day of January, 2009, at 1:00 p.m. The defendant is ordered to appear at such time.

September 5, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge